```
                                            FILED
                                         APR -2 2012
 1  BENJAMIN B. WAGNER
    United States Attorney              CLERK, U.S. DISTRICT COURT
 2  NICHOLAS M. FOGG                    EASTERN DISTRICT OF CALIFORNIA
    Special Assistant U.S. Attorney     BY _____
 3  501 I Street, Suite 10-100                DEPUTY CLERK
    Sacramento, California  95814
 4  Telephone: (916) 554-2805
```


IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) 2:11-CR-00512-DAD |
| | ) |
| v. | ) Stipulation and [proposed] DAD |
| | ) Order to Continue Jury Trial |
| DONNA MARIE WEBBER, | ) |
| | ) Date: April 3, 2012 |
| Defendant. | ) Time: 10:00 a.m. |
| | ) Judge: Hon. Dale A. Drozd |

It is hereby stipulated and agreed between the United States and the defendant by and through their respective counsel that the previously scheduled jury trial set for April 16, 2012 be continued to June 18, 2012 at 10:00 a.m. In addition, it is hereby stipulated and agreed that the previously scheduled trial confirmation hearing set for April 3, 2012 be continued to June 5, 2012 at 10:00 a.m. Further time is required for defense counsel to prepare a defense and consult with their client. Accordingly, the parties jointly request that the Court exclude time under

//

//

//

1

local codes I and T4 until June 5, 2012, and make a finding that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: April 2, 2012            BENJAMIN B. WAGNER
                                United States Attorney

                         By:    /s/Nick Fogg
                                NICHOLAS M. FOGG
                                Special Assistant U.S. Attorney

DATED: April 2, 2012            DANIEL J. BRODERICK
                                Federal Defender

DATED: April 2, 2012     By:    /s/ Linda Harter (as
                                authorized 04/02/2012)
                                LINDA HARTER
                                Attorney for Defendant

## DAD ORDER

IT IS SO ORDERED:

DATED: April 2, 2012

*/s/ Dale A. Drozd*

HON. DALE A. DROZD
United States Magistrate Judge